UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>    Petitioner,<br><br>v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>    Respondent. | No. 2:18-cv-01941-KJM-GGH<br><br><br>ORDER |

      On August 6, 2018 this court issued an Order that directed the Clerk of the Court to mail both a copy of that Order and an IFP application to petitioner. ECF No. 6. On August 16, 2018 petitioner notified the court by a filing that he had not received the IFP application. ECF No. 7. That Order also directed the petitioner to file an amended petition within 45 days of its service. The filing of that document may occur simultaneously with the filing of the in forma pauperis application.

      In light of the foregoing IT IS HEREBY ORDERED that:

      1.      The Clerk of the Court shall mail an IFP application to the petitioner.

////

////

////

////

1

2. Petitioner shall file the completed IFP application and the amended petition he was given permission to file in the court's August 6 Order, ECF No. 6, within 30 days of the date of this Order.

Dated: September 20, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE