|   |   |
|---|---|
| 1  | |
| 2  | |
| 3  | |
| 4  | |
| 5  | |
| 6  | |
| 7  | |
| 8  | UNITED STATES DISTRICT COURT |
| 9  | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH WAYNE MILLS

    Petitioner,

v.

LOS ANGELES SUPERIOR COURT,

    Respondent.

No. 2:18-cv-01941-KJM-GGH

ORDER TO SHOW CAUSE

On August 6, 2018 this court issued an Order to petitioner to complete an In Forma Pauperis ["IFP"] application and to amend his petition within 45 days from the date of the issuance of the Order, which would make those actions due to be completed on or about September 20, 2018. ECF No. 6. The Order warned Petitioner that failure to comply with the Order could result in a recommendation that his petition be dismissed. Id. Petitioner initially responded by letter on August 16, 2018, indicating he had received the Order but not the IFP form. ECF No. 7. In response the court issued an Order that directed the Clerk to send that IFP application, and extended Petitioner's time to respond to the original Order to file an amended petition, as well as the IFP application, to 30 days from the Order's filing date making his response due on or about October 24, 2018. ECF No. 8. On October 2, 2018 a change of address was made in the court's file reflecting that Petitioner was to be served at the California State

| | |
|---|---|
| 1 | Prison in Lancaster, California.  Recognizing that the Clerk's reservice and Petitioner's change of |
| 2 | address may have crossed in the mail, and that he may not have received ECF No. 8 timely, the |
| 3 | Clerk reserved the Order at Petitioner's new address on October 3, 2018.  Thus, petitioner's IFP |
| 4 | application and amended petition became due for filing 30 days hence, i.e., on or about November |
| 5 | 5, 2018.  Petitioner has filed neither as of the date of this Order. |

In light of the foregoing IT IS HEREBY ORDERED that:

1. Petitioner shall either file the required documents within 15 days of the date of this Order or he shall show cause why this petition should not be dismissed with prejudice for failure to follow the court's order and failure to prosecute.

Dated: November 20, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE