UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>Petitioner,<br><br>v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>Respondent. | No. 2:18-cv-01941 KJM GGH P<br><br><br><br>ORDER |

This petition for writ of habeas corpus was denied on January 11, 2019 and judgment entered accordingly. Petitioner's filing, entitled "Request for hearing" filed on January 31, 2019, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. <u>See</u> ECF No. 13. Petitioner's request is so unintelligible and unclear that the court cannot determine or attempt to construe the filing as a motion for relief from judgment pursuant to Fed. R. Civ. Pro. 60. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: February 12, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1